IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BARNEY SNOW III,<br><br>                Plaintiff,<br><br>v.<br><br>LT. GREEN et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-1148-TC<br><br>District Judge Tena Campbell |

      In an Order dated November 28, 2016, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $10.83 and submit a consent to have the remaining fee collected in increments from his inmate account. To date, Plaintiff has done neither.

      IT IS THEREFORE ORDERED that, because he has failed to comply with the Court's order and has failed to prosecute his case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

      DATED THIS 30th day of January, 2017.

                      BY THE COURT:

                      *Tena Campbell*
                      TENA CAMPBELL
                      United States District Judge